# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | | |
|---|---|---|
| KEITH MITAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:04-22224-CMC-BM |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| KARA GORMLEY; AND | ) | |
| COSMOS BROADCASTING | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

This matter has come before the Court on Defendant Cosmos Broadcasting Corporation's motion to compel discovery from the Plaintiff. After review and consideration of the memoranda filed by the parties with respect to this motion, **IT IS ORDERED** that the motion to compel responses to Local Rule 26.01 interrogatories, and to Defendant's first set of interrogatories and first requests for production, is **granted**.[1]  Defendant's motion for an award

---

[1] In his response, Plaintiff listed an objection to one of the Defendant's interrogatories. To the extent Plaintiff is objecting to any of the Defendant's discovery requests, he should do so as part of his responses to the discovery itself. Defendant may then file a motion to compel, if appropriate.

1



of reasonable costs and fees associated with the filing of this motion is **denied**.

     **IT IS SO ORDERED.**

               Bristow Marchant
               United States Magistrate Judge

Columbia, South Carolina

September 14, 2005